UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUY THANH VO,

    Plaintiff,

                              NO. CIV. S-12-2537 LKK/CKD

    v.

                                  O R D E R

NELSON & KENNARD,
U.S. BANCORP and
DOES 1-10, inclusive,

    Defendants.

        Defendant US Bank has filed a motion to dismiss which is currently scheduled to be heard on January 14, 2013. Plaintiff, who is represented by Jeremy G. Winter, Esq., and Justin K. Kuney, Esq., has not filed any opposition or Statement of Non-opposition.

        Accordingly, the court ORDERS as follows:

        1.    Counsel for plaintiff is **ORDERED TO SHOW CAUSE** in writing why they should not be sanctioned in accordance with Local Rule 110, which may range from $150 to an order dismissing the lawsuit, for their failure to respond to the dismissal motion in a timely manner. Counsel for plaintiff shall file their written

1

response to this Order To Show Cause within seven (7) calendar days of the issuance of this order.

    2.   The hearing on the motion to dismiss (ECF No. 12), currently scheduled for January 14, 2013 is **CONTINUED** to January 28, 2013 at 10:00 a.m.

    3.   Plaintiff shall file an opposition or Statement of Non-opposition to defendant's dismissal motion no later than January 11, 2013 at 4:30 p.m.  Defendant shall file its reply, if any, no later than January 18, 2013 at 4:30 p.m.

IT IS SO ORDERED.

DATED:  January 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2