UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUY THANH VO,

      Plaintiff,

                              NO. CIV. S-12-2537 LKK/CKD

  v.

                                  O R D E R

NELSON & KENNARD,
U.S. BANCORP and
DOES 1-10, inclusive,

      Defendants.

                               /

      This court previously ordered counsel for plaintiff to show cause why they should not be sanctioned for their failure to respond to defendants' dismissal motion in a timely manner (ECF No. 17). Counsel, both of whom are relatively new admittees to the California bar, have now explained that, for various reasons, they believed that defendant's motion was not properly noticed.[1] Counsel also state that plaintiff does not oppose the dismissal motion, and informally request that plaintiff be granted leave to

---

[1] The motion was, in fact, properly noticed.

1

amend his complaint.

Accordingly, the court orders as follows:

1. Plaintiff's failure to respond to defendants' motion is excused, and the Order To Show Cause (ECF No. 17) is **DISCHARGED**;

2. Defendants' un-opposed motion (ECF No. 12) to dismiss the First Amended Complaint is **GRANTED**, and the January 28, 2013 hearing date is **VACATED**.

3. The First Amended Complaint (ECF No. 6), is **DISMISSED WITHOUT PREJUDICE**, and plaintiff is **GRANTED** 21 days to amend that complaint.[2]

IT IS SO ORDERED.

DATED: January 16, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Plaintiffs' attachment of a "(Proposed) Second Amended Complaint" to his late-filed "Opposition" does not satisfy this requirement. If plaintiff fails to amend his complaint within the prescribed time period, the Clerk is instructed to close this case.

2